MICHAEL W. BERDINELLA, SBN# 085035
726 W. Barstow, Suite 100
Fresno, CA 93704
Telephone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for Defendant
EDUARDO ROSALES-LABRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00030-NONE-SKO |
| Plaintiff, | **STIPULATION TO CONTIUE CHANGE OF PLEA HEARING AND ORDER** |
| vs. | |
| EDUARDO ROSALES-LABRA | Hearing Date: September 18, 2020<br>Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**TO: THE HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the parties hereto, Defendant EDUARDO ROSALES-LABRA, through his Attorney Michael W. Berdinella, and Plaintiff UNITED STATES OF AMERICA,  through Assistant United States Attorney Laura D. Withers, to Continue the Change of Plea Hearing currently calendared for September 18, 2020 at 8:30 a.m. to October 23, 2020 at 9:30 a.m.

The Continuance is requested by Attorney Michael W. Berdinella for Defendant, EDUARDO ROSALES-LABRA. Mr. ROSALES-LABRA has been housed in the Fresno County Jail since January 31, 2020.

On June 30, 2020 Attorney Berdinella was informed that Mr. ROSALES-LABRA had tested positive for COVID-19. In a ZOOM meeting from the Fresno County Jail with Mr. ROSALES-LABRA on September 10, 2020, Mr. ROSALES-LABRA appeared ill and lethargic. He stated he was having difficulty comprehending the information presented to him regarding the Plea Agreement. It is the opinion of this Counsel that Mr. ROSALES-LABRA is still suffering from the effects or after-effects of COVID-19, and does not have the clarity or comprehension necessary to enter into or to sign the Plea Agreement at this time. It is agreed between parties that Mr. ROSALES-LABRA should be granted extra time to recover from this debilitating virus so that he may fully comprehend the details and ramifications of the Plea Agreement.

For the above reasons, it is so Stipulated to Continue the Change of Plea Hearing calendared for September 18, 2020 at 8:30 a.m. to October 23, 2020 at 9:30 a.m. For the purpose of computing time under the Speedy Trial act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2020 to October 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 11, 2020        */s/ Michael W. Berdinella*
                                                        Michael W. Berdinella
                                                        Attorney for Defendant
                                                        Eduardo Rosales-Labra

STIPULATION TO CONTIUE CHANGE OF PLEA
HEARING AND PROPOSED ORDER

Dated: September 11, 2020                /s/ Laura D. Withers
                                         Laura D. Withers
                                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED to Continue this Change of Plea Hearing from September 18, 2020 at 8:30 a.m. to October 23, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 11, 2020**            /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTIUE CHANGE OF PLEA
HEARING AND PROPOSED ORDER